# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. STEPHANIE TARAPCHAK, | : | CIVIL NO. 3:15-cv-1499 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| WARDEN ROBERT MCMILLIAN, PA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 31st day of August 2015, upon preliminary review of the petition for writ of habeas corpus (Doc. 1) and amended application for writ of habeas corpus (Doc. 5), see R. GOVERNING § 2254 CASES, and it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) and amended petition (Doc. 5) are DISMISSED without prejudice. See R. Governing § 2254 Cases R. 4.

2. The motion (Doc. 4) for expedited treatment DENIED.

3. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                                              **BY THE COURT:**

                                              **s/James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**